[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
10/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dorna Sports, S.L. | **Case Number**: 24-cv-5115 |
|     Plaintiff | |
| v. | **Judge:** Manish S. Shah |
| Ofer Koren | **Magistrate Judge:** Susan McClintic |
|     Defendant | |

Oct 2nd 2024
Clerk of the Court
District Court for the Northern District of Illinois
Eastern Division

Re: 24-cv-5115 / Dorna Sports, S.L. v. The Individuals

Dear Clerk of the Court,
I hope this letter finds you well.

My name is Ofer Koren, and I am the defendant in the above-referenced matter.
I am writing to formally request the court's assistance regarding my defendant statement, which I believe warrants consideration.

I received a motion filed against me concerning an alleged breach of intellectual property, and I was instructed to submit my defendant statement within 21 days.
In my efforts to comply, I mistakenly submitted my argument to Mrs. Susan McClintic, the Courtroom Deputy to the Honorable Manish S. Shah, rather than following the correct procedure for filing documents with the court.

After realizing my error, I reached out to Mrs. McClintic for guidance, and while I received valuable instructions, the 21-day deadline has unfortunately passed.
I sincerely believe that my arguments present a compelling case that may demonstrate my lack of culpability in this matter, and I respectfully request that my defendant statement be added to the court record for the judge's consideration.

I appreciate your understanding of this situation and any assistance you can provide. I am committed to ensuring that my side of the case is heard and considered fairly.
Please let me know if there are specific steps I should take to rectify this situation or if any additional information is required from my side.

Thank you for your time and attention to this matter. I look forward to your prompt response.

Sincerely,

Ofer Koren

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]